UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| MATTHEW L. KOZLOWSKI and KATIE KOZLOWSKI, husband and wife, | ) ) | No. CV-08-3041-CI |
| Plaintiffs | ) ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| DEBBIE L. GREENACRE, et al. , | ) ) | |
| Defendants. | ) ) | |

BASED UPON THE STIPULATION (Ct. Rec. 34), **IT IS ORDERED** that Plaintiffs Matt and Katie Kozlowski's claims against all Defendants in the above-entitled matter are hereby dismissed with prejudice and without cost to either party hereto.

DATED July 6, 2009.


S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER OF DISMISSAL - 1